# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SDCO Hills of Corona, Inc<br><br>v.<br><br>Bryan Williams,<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S) | CASE NUMBER<br><br>EDCV19-01614-CAS(SPx)<br><br>ORDER RE REQUEST TO PROCEED<br>*IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____  _____
Date                                              United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- [ ] Inadequate showing of indigency
- [x] District Court lacks jurisdiction
- [ ] Legally and/or factually patently frivolous
- [ ] Immunity as to _____
- [ ] Other: _____

Comments: See accompanying proposed Order Remanding Case to State Court

August 27, 2019
Date                                              United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- [ ] GRANTED
- [x] DENIED (see comments above). IT IS FURTHER ORDERED that:
    - [ ] Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
    - [ ] This case is hereby DISMISSED immediately.
    - [x] This case is hereby REMANDED to state court.

August 29, 2019                               Christina A. Snyder
Date                                              United States District Judge

CV-73 (08/16)          ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*